KRISTA J. NIELSON, ESQ.
Nevada Bar No. 10698
**TIFFANY & BOSCO, P.A.**
10100 W. Charleston Blvd., Ste. 220
Las Vegas, Nevada 89135
(702) 258-8200

TB# 19-75936

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br>DEMETRIOS A. DALACAS; ELENE MYLORDOS; WELLS FARGO BANK, N.A.; REPUBLIC SILVER STATE DISPOSAL, INC.; R & K DEVELOPMENT, INC.; COPPER CREEK CONSTRUCTION, INC.; LAS VEGAS VALLEY WATER DISTRICT; CITY OF LAS VEGAS, NEVADA; and CLARK COUNTY, NEVADA,<br><br>           Defendants. | Case No.:  2:19-cv-01937-JCM-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO MOTION FOR ORDER TO AUTHORIZE THE SALE OF THE QUEEN'S CHURCH PROPERTY**<br><br>**(First Request)** |

    Plaintiff, UNITED STATES OF AMERICA, and Defendant, WELLS FARGO BANK, N.A. ("Wells Fargo"), by and through their undersigned and respective counsel, hereby stipulate as follows:

/././

/././

/././

/././

/././

/././

/././

- 1 -

1  **IT IS HEREBY STIPULATED AND AGREED** that the deadline for Wells Fargo to respond to the Motion for Order to Authorize the Sale of the Queen's Church Property (ECF No. 42) is hereby extended one week to November 30, 2020.  This is the first request for an extension made by Wells Fargo in this matter.

DATED this 23rd day of November, 2020.

TIFFANY & BOSCO, P.A.

*/s/ Krista J. Nielson, Esq.*
Krista J. Nielson, Esq.
10100 W. Charleston Blvd., Suite 220
Las Vegas, Nevada 89135
*Attorneys for Wells Fargo Bank, N.A.*

DATED this 23rd day of November, 2020.

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

*/s/ Isaac Hoenig, Esq.*
Boris Kukso, Esq.
Isaac Hoenig, Esq.
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044
*Attorneys for Plaintiff*

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: December 14, 2020

- 2 -

**CERTIFICATE OF SERVICE**

It is hereby certified that service of the foregoing has been made on this 23rd day of November, 2020, via ECF/CM:

George Kelesis, Esq.
gkelsis@bckltd.com
Cook&Kelsis, Ltd.
517 South 9th Street
Las Vegas, Nevada 89101
Attorney for Demetrios A. Dalacas and Elene Mylordos

Issac M. Hoenig, Esq.
Issac.m.hoenig@usdoj.gov
P.O. Box 683, Ben Franklin Station
Washington D.C. 20044-0683
Attorneys for United States of America

/s/Michelle Benson
_____
Employee of Tiffany & Bosco