UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-CV-1937 JCM (VCF) |
| Plaintiff(s), | ORDER |
| v. | |
| DEMETRIOS A. DALACAS. et al; | |
| Defendant(s). | |

Presently before the court is the matter of *United States v. Dalacas et al*, case number 2:19-cv-01937-JCM-VCF.

The government initiated this case to reduce to judgment tax assessments made against Demetrios A. Dalacas and foreclose federal tax liens on three properties, one of which was Dalacas's personal residence, known as the Queens Church Property. (ECF No. 42 at 2). The government and Elene Mylordos, individually and as personal representative of Dalacas's estate, have jointly moved the court to authorize the sale of the Queens Church Property and direct the appointed receiver to execute a deed transferring title to buyer Alchemy Investments LLC. (ECF No. 42). The parties have attached a proposed order to their joint motion. (ECF No. 42-4).

Since the joint motion and proposed order were filed, parties have stipulated as to lien priority. The government and defendant Republic Silverstate Disposal, Inc. ("Republic") stipulated that the government's liens on the properties at issue have priority over Republic's liens. (ECF No. 50). The government and defendant Wilmington stipulated that Wilmington's deed of trust has priority over the government's liens and that any sale proceeds will first pay

**James C. Mahan**
**U.S. District Judge**

off Wilmington's deed of trust or the buyer will take subject to the deed of trust.  (ECF Nos. 51, 53).

Nevertheless, the current proposed order provides for the sale of the Queens Church Property free and clear of all liens.  (ECF No. 42-4).  Therefore, the government shall file an updated proposed order that accurately reflects all subsequent stipulations and substituted parties within ten (10) days of the entry of this order.

IT IS SO ORDERED.

DATED December 18, 2020.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**