AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

United States

Plaintiff,

v.

Elene Mylordos, et al

Defendants.

**DEFAULT**

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:19-cv-01937-JCM-VCF

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that default judgment is hereby entered in favor of the United States, declaring that R & K Development Inc., Copper Creek Construction Inc., and any successors or assigns, have no right, title, or interest in the Subject Properties and are not entitled to any portion of the proceeds of a sale of any of the Subject Properties.

December 30, 2020
Date

DEBRA K. KEMPI
Clerk

/s/ J. Matott
Deputy Clerk