**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 2:19-cv-01937-JCM-VCF |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER GRANTING UNOPPOSED** |
| ) | **MOTION TO AMEND COMPLAINT** |
| DEMETRIOS A. DALACAS, ) | |
| ELENE MYLORDOS, ) | |
| WILMINGTON SAVINGS FUND ) | |
| SOCIETY, FSB NOT IN ITS INDIVIDUAL ) | |
| CAPACITY, BUT SOLELY AS OWNER ) | |
| TRUSTEE OF CSMC 2019-RP11 TRUST, ) | |
| REPUBLIC SILVER STATE DISPOSAL INC.,) | |
| R & K DEVELOPMENT INC., ) | |
| COPPER CREEK CONSTRUCTION INC., ) | |
| LAS VEGAS VALLEY WATER DISTRICT, ) | |
| CITY OF LAS VEGAS, NEVADA, ) | |
| CLARK COUNTY, NEVADA ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

This matter is before the Court on the United States' Unopposed Motion to Amend Complaint. The Court has considered the Motion and is otherwise fully informed.

[PROPOSED] ORDER
2:190-cv-01937-JCM-VCF

1

IT IS HEREBY ORDERED that the United States' Unopposed Motion to Amend Complaint is GRANTED.

IT IS FURTHER ORDERED that the United States shall file the proposed amended complaint attached as Exhibit 1 to its Motion within seven days of this order.

IT IS SO ORDERED

Dated:  3-17-2021

_____
Hon. Cam Ferenbach
United States Magistrate Judge

Submitted by:

DAVID A. HUBBERT
Acting Assistant Attorney General

ISAAC M. HOENIG
BORIS KUKSO
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044-0683
*Attorneys for the United States*