KRISTA J. NIELSON, ESQ.
Nevada Bar No. 10698
**TIFFANY & BOSCO, P.A.**
10100 W. Charleston Blvd., Ste. 220
Las Vegas, Nevada 89135
(702) 258-8200
*Attorney for Defendant, Wilmington Savings Fund Society,*
*FSB not in its individual capacity, but solely as Owner Trustee*
*of CSMC 2019-RPL11 Trust and Wells Fargo Bank, N.A.*

TB# 19-75936

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>DEMETRIOS A. DALACAS; ELENE MYLORDOS; WILMINGTON SAVINGS FUND SOCIETY, FSB NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS OWNER TRUSTEE OF CSMC 2019-RPL11 TRUST; REPUBLIC SILVER STATE DISPOSAL, INC.; R & K DEVELOPMENT, INC.; COPPER CREEK CONSTRUCTION, INC.; LAS VEGAS VALLEY WATER DISTRICT; CITY OF LAS VEGAS, NEVADA; and CLARK COUNTY, NEVADA,<br><br>    Defendants. | Case No.: 2:19-cv-01937-JCM-VCF<br><br>**STIPULATION AND ORDER TO DISMISS WILMINGTON SAVINGS FUND SOCIETY, FSB NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS OWNER TRUSTEE OF CSMC 2019-RPL11 TRUST** |

    Plaintiff, UNITED STATES OF AMERICA ("Plaintiff"), and Defendant, WILMINGTON SAVINGS FUND SOCIETY, FSB NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY AS OWNER TRUSTEE OF CSMC 2019-RPL11 TRUST ("Wilmington"), by and through their undersigned and respective counsel of record, hereby stipulate and agree as follows:

    1.    Wilmington previously claimed an interest in real property located at 10157 Queens Church Avenue, Las Vegas, Nevada 89135; APN: 164-12-717-004 ("Subject Property"), pursuant to a

1 | Deed of Trust recorded on September 4, 2003, in the Official Records of Clark County, Nevada as Instrument No. 200309040001349 ("Wilmington Deed of Trust").

2. Wilmington acquired its interest in said Deed of Trust pursuant to an Assignment of Deed of Trust recorded on April 16, 2020, in the Official Records of Clark County, Nevada as Instrument No. 20200416-0000267.

3. On November 30, 2020, this Court ordered that Wilmington be substituted as the real party in interest in this matter in place of Wells Fargo Bank, N.A. *See* ECF No. 46.

4. On December 7, 2020, this Court entered an order granting Plaintiff and Wilmington's Stipulation as to priority, ordering that the Wilmington Deed of Trust had priority over Plaintiff's tax liens on the Subject Property. *See* ECF No. 51.

5. Subsequently, Plaintiff sold the Subject Property pursuant to this Court's December 30, 2020, order, which, as a result, paid off the loan secured by the Wilmington Deed of Trust. *See* ECF No. 58.

6. On March 17, 2021, Plaintiff filed a Second Amended Complaint that named Wilmington as a Defendant. *See* ECF No. 60.

7. Thereafter, on April 13, 2021, Wilmington recorded a Full Reconveyance for the Wilmington Deed of Trust, in the Official Records of the Clark County Recorder as Instrument No. 20210413-0002139 ("Reconveyance").

**IT IS HEREBY STIPULATED AND AGREED** that, as the Wilmington Deed of Trust no longer encumbers the Subject Property following the Reconveyance, Wilmington is hereby dismissed from this action, with prejudice.

/././
/././
/././
/././
/././
/././
/././

**IT IS FURTHER STIPULATED AND AGREED** that each party shall bear its own fees and costs.

| | |
|---|---|
| DATED this 29th day of April, 2021. | DATED this 29th day of April, 2021. |
| TIFFANY & BOSCO, P.A. | RICHARD E. ZUCKERMAN |
| | Principal Deputy Assistant Attorney General |
| /s/ Krista J. Nielson, Esq. | /s/ Isaac Hoenig, Esq. |
| Krista J. Nielson, Esq. | Boris Kukso, Esq. |
| 10100 W. Charleston Blvd., Suite 220 | Isaac Hoenig, Esq. |
| Las Vegas, Nevada 89135 | P.O. Box 683, Ben Franklin Station |
| *Attorneys for Defendant* | Washington, D.C. 20044 |
| | *Attorneys for Plaintiff* |

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: May 5, 2021